UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
ORTA, JOSE L                        §       Case No. 09-24741
                                    §
           Debtor(s)                §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 s. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/23/2013 in Courtroom 4016,
          Henry J. Hyde Judicial Office Facility
          505 N. County Farm Road
          Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/23/2013          By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ORTA, JOSE L § Case No. 09-24741
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,001.86 |
| and approved disbursements of | $ | 225.57 |
| leaving a balance on hand of[1] | $ | 9,776.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,750.19 | $ 0.00 | $ 1,750.19 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 14.52 | $ 0.00 | $ 14.52 |
| Other: International Sureties | $ 21.82 | $ 21.82 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,764.71 |
| Remaining Balance | $ | 8,011.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 171,442.98  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | DISCOVER BANK | $ 5,956.33 | $ 0.00 | $ 278.34 |
| 000003 | Commerce Bank | $ 16,771.76 | $ 0.00 | $ 783.75 |
| 000004 | Chase Bank USA, N.A. | $ 32,587.19 | $ 0.00 | $ 1,522.81 |
| 000005 | Chase Bank USA, N.A. | $ 14,592.06 | $ 0.00 | $ 681.89 |
| 000006 | Chase Bank USA, N.A. | $ 11,970.52 | $ 0.00 | $ 559.39 |
| 000007 | Chase Bank USA, N.A. | $ 705.34 | $ 0.00 | $ 32.96 |
| 000008 | American Express Bank FSB | $ 2,135.53 | $ 0.00 | $ 99.79 |
| 000009 | American Express Bank FSB | $ 5,087.64 | $ 0.00 | $ 237.75 |
| 000010 | PYOD LLC its successors and assigns as assignee of | $ 9,415.30 | $ 0.00 | $ 439.98 |
| 000011 | PYOD LLC its successors and assigns as assignee of | $ 3,443.39 | $ 0.00 | $ 160.91 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | PYOD LLC its successors and assigns as assignee of | $ 21,479.24 | $ 0.00 | $ 1,003.73 |
| 000013 | PYOD LLC its successors and assigns as assignee of | $ 680.14 | $ 0.00 | $ 31.78 |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 7,508.48 | $ 0.00 | $ 350.87 |
| 000015 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 27,927.23 | $ 0.00 | $ 1,305.05 |
| 000016 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 11,182.83 | $ 0.00 | $ 522.58 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 8,011.58 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 09-24741-DRC
Jose L Orta                                                     Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman              Page 1 of 3              Date Rcvd: Jul 23, 2013
                              Form ID: pdf006           Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2013.
```
db          +Jose L Orta,   1005 Riverstone Drive,   Aurora, IL 60502-5454
aty         +The Helms Law Firm,   The Helms Law Firm,   3400 W Lawrence Ave,   Chicago, Il 60625-5104
14139411    +APX Alarm Security Solutions,   5132 North 300 West,   Provo, UT 84604-5817
14139412     AT&T Universal Card,   P.O. Box 44167,   Jacksonville, FL 32231-4167
14139410     American Express,   P.O. Box 297814,   Fort Lauderdale, FL 33329-7814
14139409     American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
14452579     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14139413     BAC Home Loan Servicing,   CA69190141,   PO Box 5170,   Simi Valley, CA 93062-5170
14139414   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   Nc4-105-03-14,   4161 Piedmont Pkwy,
             Greensboro, NC 27420)
14139415    +Bank Of America,   Po Box 26012,   Greensboro, NC 27420-6012
14139416    +Bank of America,   Attn: Bankruptcy - Dept NC4-1050314,   P.O. Box 26012,
             Greensboro, NC 27420-6012
14139418    +Bank of America,   P.O. Box 5832,   Wilmington, DE 19808-0832
14139420    +Charter One,   P.O. Box 7092,   Bridgeport, CT 06601-7092
14139421     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
14749418     Chase Bank USA NA,   PO Box 15145,   Wilmington, DE 19850-5145
14440284     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14139422     CitiCard,   P.O. Box 142319,   Irving, TX 75014-2319
14139423     CitiCard,   P.O. Box 6000,   The Lakes, NV 89163-6000
14139424    +Commerce BankCard Center,   3930 South 147th Street,   Omaha, NE 68144-5569
14731417    +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
14139429     First National Bank of Omaha Visa,   P.O. Box 3696,   Omaha, NE 68103-0696
14139430    +Macy’s,   P.O. Box 8118,   Mason, OH 45040-8118
14139408     Sears,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
14139432    +Sears/cbsd,   Sears Bankruptcy Recovery,   7920 Nw 110th St,   Kansas City, MO 64153-1270
14139433     TJX Rewards,   P.O. Box 15298,   Wilmington, DE 19850-5298
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14139419    +E-mail/Text: cms-bk@cms-collect.com Jul 24 2013 01:56:37     Capital Management Services,
             726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
14366752     E-mail/Text: bankruptcy@commercebank.com Jul 24 2013 01:59:21     Commerce Bank,   P O BOX 419248,
             KCREC-10,   Kansas City, MO 64141-6248
14139425    +E-mail/Text: bankruptcy@commercebank.com Jul 24 2013 01:59:21     Commerce Bk,   911 Main St,
             Kansas City, MO 64105-5370
14350793     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2013 02:07:49     DISCOVER BANK,
             DFS Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
14139427     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2013 02:07:49     Discover Card,
             P.O. Box 30943,   Salt Lake City, UT 84130
14139426     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2013 02:07:49     Discover Business Card,
             P.O. Box 3023,   New Albany, OH 43054-3023
14139428    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2013 02:07:49     Discover Financial,
             Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
14511071     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2013 02:09:55
             FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
             Oklahoma City, OK 73124-8809
14457616    +E-mail/Text: resurgentbknotifications@resurgent.com Jul 24 2013 01:46:59
             PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 9
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14139417     ##Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
14139431     ##National City,   P.O. Box 2349,   Kalamazoo, MI 49003-2349
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: froman              Page 2 of 3              Date Rcvd: Jul 23, 2013
                               Form ID: pdf006           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2013**                    **Signature:**       *Joseph Speetjens*

```
District/off: 0752-1           User: froman                Page 3 of 3                   Date Rcvd: Jul 23, 2013
                               Form ID: pdf006             Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2013 at the address(es) listed below:

          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
          Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
           brenda.helms@albanybank.com
          Christopher M Brown    on behalf of Creditor    Bank of America, N.A.
           northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
          Donna B Wallace    on behalf of Debtor Jose L Orta dbwallace@ameritech.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                 TOTAL: 5

Case 09-24741    Doc 36    Filed 07/23/13    Entered 07/25/13 23:39:11    Desc Imaged
Certificate of Notice    Page 8 of 8