# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
ORTA, JOSE L                              §        Case No. 09-24741
                                          §
             Debtor(s)                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

        BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
(Without deducting any secured claims)


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

        3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on          . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loan Servicing CA69190141 PO Box 5170 Simi Valley, CA 93062-5170 | | | | | |
| | Representing: BAC Home Loan Servicing | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Universal Card P.O. Box 44167 Jacksonville, FL 32231-4167 | | | | | |
| | Charter One P.O. Box 7092 Bridgeport, CT 06601 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank of Omaha Visa P.O. Box 3696 Omaha, NE 68103-0696 | | | | | |
| | Macy's P.O. Box 8118 Mason, OH 45040 | | | | | |
| | National City P.O. Box 2349 Kalamazoo, MI 49003-2349 | | | | | |
| | Representing: Bank Of America | | | | | |
| | Representing: Bank Of America | | | | | |
| | Representing: Bank Of America | | | | | |
| | Representing: Commerce Bk | | | | | |
| | Representing: Discover Financial | | | | | |
| | Representing: Discover Financial | | | | | |
| | Representing: Discover Financial | | | | | |
| | Representing: Sears/cbsd | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbsd Sears Bankruptcy Recovery 7920 Nw 110th St Kansas City, MO 64101 | | | | | |
| | TJX Rewards P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000008 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000009 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000003 | COMMERCE BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000015 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000010 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000011 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000012 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000013 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-24741 | CAS | Judge: DONALD R. CASSLING |
|---|---|---|---|

Case Name: ORTA, JOSE L

For Period Ending: 11/12/13

Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Date Filed (f) or Converted (c): 07/08/09 (f)

341(a) Meeting Date: 08/18/09

Claims Bar Date: 11/20/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PRIMARY RESIDENCE: 1005 RIVERSTONE DR. AURORA, IL. | 435,000.00 | 37,591.00 | | 0.00 | FA |
| 2. CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH J.P. MORGAN CHASE - ACCT# | 500.00 | 500.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT WITH CITIBANK - ACCT# | 300.00 | 300.00 | | 0.00 | FA |
| 5. 2 SOFAS, 1 LOVE SEAT, 1 OVERSIZE CHAIR, 1 DINING S | 1,700.00 | 1,700.00 | | 0.00 | FA |
| 6. GRADUATION RING | 100.00 | 100.00 | | 0.00 | FA |
| 7. WATCH | 40.00 | 40.00 | | 0.00 | FA |
| 8. TERM LIFE INSURANCE POLICY - NO CASH VALUE OR CANC | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401(K) THROUGH EMPLOYER | 57,228.00 | 57,228.00 | | 0.00 | FA |
| 10. BORGWARNER COMMON STOCK | 720.00 | 720.00 | | 0.00 | FA |
| 11. 2007 LX HONDA ACCORD 32,000 MILES | 10,000.00 | 10,000.00 | | 10,000.08 | FA |
| 12. 2002 HONDA MINIVAN 141,000 MILES | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 13. LAWN MOWER | 50.00 | 50.00 | | 0.00 | FA |
| 14. SNOW BLOWER | 50.00 | 50.00 | | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.78 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $508,688.00 | $111,279.00 | | $10,001.86 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11   Current Projected Date of Final Report (TFR): 03/30/13

/s/   BRENDA PORTER HELMS, TRUSTEE

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-24741    CAS    Judge: DONALD R. CASSLING | |
| Case Name: | ORTA, JOSE L | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 07/08/09 (f) |
| 341(a) Meeting Date: | 08/18/09 |
| Claims Bar Date: | 11/20/09 |

_____ Date: 11/12/13

   BRENDA PORTER HELMS, TRUSTEE

Ver: 17.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-24741  -CAS | |
| Case Name: | ORTA, JOSE L | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1210  Checking - Non Interest |

| | |
|---|---|
| Taxpayer ID No: | *******0024 |
| For Period Ending: | 11/12/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 9,322.29 | | 9,322.29 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.26 | 9,319.03 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.01 | 9,313.02 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.06 | 9,306.96 |
| 12/23/12 | 11 | Jose Orta | Debtor's equity in vehicle | 1129-000 | 277.78 | | 9,584.74 |
| | | | Received and deposited 10/19/12; posted to account 12/23/12 | | | | |
| 12/23/12 | 11 | Jose Orta | Debtor's equity in vehicle | 1129-000 | 277.78 | | 9,862.52 |
| | | | Received and deposited 11/5/12; posted to account 12/23/12 | | | | |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.28 | 9,856.24 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.65 | 9,841.59 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 8.81 | 9,832.78 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.22 | 9,819.56 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.60 | 9,804.96 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.11 | 9,790.85 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.56 | 9,776.29 |
| 08/26/13 | 010002 | BRENDA PORTER HELMS, TRUSTEE 3400 W. LAWRENCE AVENUE CHICAGO, IL  60625 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.19 | 8,026.10 |
| 08/26/13 | 010003 | BRENDA PORTER HELMS, TRUSTEE 3400 W. LAWRENCE AVENUE CHICAGO, IL  60625 | Chapter 7 Expenses | 2200-000 | | 14.52 | 8,011.58 |
| 08/26/13 | 010004 | DISCOVER BANK DFS Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | Claim 000002, Payment 4.67301% | 7100-900 | | 278.34 | 7,733.24 |
| 08/26/13 | 010005 | Commerce Bank | Claim 000003, Payment 4.67303% | 7100-900 | | 783.75 | 6,949.49 |

| | Page Subtotals | 9,877.85 | 2,928.36 |
|---|---|---|---|

Ver: 17.03a

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-24741  -CAS | |
| Case Name: | ORTA, JOSE L | |
| Taxpayer ID No: | *******0024 | |
| For Period Ending: | 11/12/13 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1210  Checking - Non Interest |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P O BOX 419248 | | | | | |
| | | KCREC-10 | | | | | |
| | | Kansas City, MO 64141-6248 | | | | | |
| 08/26/13 | 010006 | Chase Bank USA, N.A. | Claim 000004, Payment 4.67303% | 7100-900 | | 1,522.81 | 5,426.68 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 08/26/13 | 010007 | Chase Bank USA, N.A. | Claim 000005, Payment 4.67302% | 7100-900 | | 681.89 | 4,744.79 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 08/26/13 | 010008 | Chase Bank USA, N.A. | Claim 000006, Payment 4.67306% | 7100-900 | | 559.39 | 4,185.40 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 08/26/13 | 010009 | Chase Bank USA, N.A. | Claim 000007, Payment 4.67292% | 7100-900 | | 32.96 | 4,152.44 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 08/26/13 | 010010 | American Express Bank FSB | Claim 000008, Payment 4.67284% | 7100-900 | | 99.79 | 4,052.65 |
| | | c/o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern PA 19355-0701 | | | | | |
| 08/26/13 | 010011 | American Express Bank FSB | Claim 000009, Payment 4.67309% | 7100-900 | | 237.75 | 3,814.90 |
| | | c/o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern PA 19355-0701 | | | | | |
| 08/26/13 | 010012 | PYOD LLC its successors and assigns as assignee of Citibank | Claim 000010, Payment 4.67303% | 7100-900 | | 439.98 | 3,374.92 |
| | | c/o Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602- | | | | | |
| 08/26/13 | 010013 | PYOD LLC its successors and assigns as assignee of Citibank | Claim 000011, Payment 4.67301% | 7100-900 | | 160.91 | 3,214.01 |

| | | | Page Subtotals | | 0.00 | 3,735.48 | |

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:         09-24741 -CAS
Case Name:    ORTA, JOSE L

Taxpayer ID No:  *******0024
For Period Ending:  11/12/13

Trustee Name:    BRENDA PORTER HELMS, TRUSTEE
Bank Name:        ASSOCIATED BANK
Account Number / CD #:    *******1210  Checking - Non Interest

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/26/13 | 010014 | c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>PYOD LLC its successors and assigns as assignee of Citibank | Claim 000012, Payment 4.67302% | 7100-900 | | 1,003.73 | 2,210.28 |
| 08/26/13 | 010015 | c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>PYOD LLC its successors and assigns as assignee of Citibank | Claim 000013, Payment 4.67257% | 7100-900 | | 31.78 | 2,178.50 |
| 08/26/13 | 010016 | c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000014, Payment 4.67298% | 7100-900 | | 350.87 | 1,827.63 |
| 08/26/13 | 010017 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000015, Payment 4.67304% | 7100-900 | | 1,305.05 | 522.58 |
| 08/26/13 | 010018 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000016, Payment 4.67306% | 7100-900 | | 522.58 | 0.00 |

Page Subtotals          0.00          3,214.01

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Page:    4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-24741 -CAS | |
| Case Name: | ORTA, JOSE L | |
| | | |
| Taxpayer ID No: | *******0024 | |
| For Period Ending: | 11/12/13 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1210  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 9,877.85 | 9,877.85 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 9,322.29 | 0.00 | |
| | | | Subtotal | | 555.56 | 9,877.85 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 555.56 | 9,877.85 | |

Page Subtotals                    0.00                    0.00

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Page:   5

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 09-24741 -CAS |
| Case Name: | ORTA, JOSE L |
| Taxpayer ID No: | *******0024 |
| For Period Ending: | 11/12/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7899  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/30/09 | 11 | Jose Orta<br>1005 Riverstone Dr.<br>Aurora IL 60504 | debtor's equity in vehicle | 1129-000 | 277.78 | | 277.78 |
| 12/31/09 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 277.79 |
| 01/04/10 | 11 | Jose Orta<br>1005 Riverstone drive<br>Aurora IL 60504 | debtor's equity in vehicle | 1129-000 | 277.78 | | 555.57 |
| 01/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 555.58 |
| 01/30/10 | 11 | Jose Orta | debtor's equity in vehicle | 1129-000 | 277.78 | | 833.36 |
| 02/26/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 833.38 |
| 03/04/10 | 11 | Jose Orta | debtors equity in vehicle | 1129-000 | 277.78 | | 1,111.16 |
| 03/06/10 | 000101 | International Sureties Ltd<br>701 Polydras St.  #420<br>New Orleans LA 70139 | bond premium | 2300-000 | | 0.94 | 1,110.22 |
| 03/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,110.25 |
| 04/01/10 | 11 | Jose Orta<br>1005 Riverstoen Dr<br>Aurora IL 60504 | debtor's equity in vehicle | 1129-000 | 277.78 | | 1,388.03 |
| 04/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,388.06 |
| 05/01/10 | 11 | Jose Orta | debtor's equity in vehicle | 1129-000 | 277.78 | | 1,665.84 |
| 05/28/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.04 | | 1,665.88 |
| 06/08/10 | 11 | Jose Orta<br>1005 Riverside Dr<br>Aurora IL 60502 | debtor's equity in vehicle | 1129-000 | 277.78 | | 1,943.66 |
| 06/29/10 | 11 | Jose and Ruth Orta<br>1005 Riverstone Dr<br>Aurora IL 60502 | debtor's equity in vehicle | 1129-000 | 227.78 | | 2,171.44 |
| 06/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 2,171.49 |

| | | | Page Subtotals | | 2,172.43 | 0.94 | |

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 09-24741 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | ORTA, JOSE L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7899  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0024 | | |
| For Period Ending: | 11/12/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 2,171.54 |
| 08/14/10 | 11 | Jose and Ruth Orta<br>1005 Riverstone Dr<br>Aurora iL 60502 | debtor's equity in vehicle | 1129-000 | 277.78 | | 2,449.32 |
| 08/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,449.38 |
| 09/17/10 | 11 | Jose Orta<br>1005 Riverstone Dr<br>Aurora  IL 60502 | debtor's equity in vehicle | 1129-000 | 277.78 | | 2,727.16 |
| 09/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,727.22 |
| 10/04/10 | 11 | Jose Orta<br>1005 Riverstone Dr<br>Aurora IL 60502 | debtor's equity in vehicle | 1129-000 | 277.78 | | 3,005.00 |
| 10/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 3,005.07 |
| 11/05/10 | 11 | Jose Orta | debtor's equity in vehicle | 1129-000 | 277.78 | | 3,282.85 |
| 11/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,282.94 |
| 12/02/10 | 11 | Jose Orta<br>1005 Riverstone Dr<br>Aurora IL 60504 | debtor's equity in vehicle | 1129-000 | 277.78 | | 3,560.72 |
| 12/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,560.81 |
| 01/03/11 | 11 | Jose Orta<br>1005 Riverstone Dr<br>Aurora iL 60504 | debtor's equity in vehicle | 1129-000 | 277.78 | | 3,838.59 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 3,838.69 |
| 02/10/11 | 11 | Jose Orta<br>1005 Riverstone Dr<br>Aurora IL 60504 | equity in vehicle | 1129-000 | 277.78 | | 4,116.47 |
| 02/19/11 | 000102 | International Sureties<br>701 Polydras St.  #420<br>New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 3.13 | 4,113.34 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Page Subtotals | 1,944.98 | 3.13 | |

LFORM24

Ver: 17.03a

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-24741  -CAS |
| Case Name: | ORTA, JOSE L |
| Taxpayer ID No: | *******0024 |
| For Period Ending: | 11/12/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7899  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,113.37 |
| 03/04/11 | 11 | Jose Orta<br>1005 Riverstone Dr<br>Aurora IL 60502 | debtor's equity in vehicle | 1129-000 | 277.78 | | 4,391.15 |
| 03/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,391.19 |
| 04/08/11 | 11 | Jose Orta<br>1005 Riverstone Dr<br>Aurora IL 60502 | debtor's equity in vehilce | 1129-000 | 277.78 | | 4,668.97 |
| 04/25/11 | 11 | Jose and Ruth Orta | to adjust for deposit error on 6/29 | 1129-000 | 50.00 | | 4,718.97 |
| 04/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,719.01 |
| 05/09/11 | 11 | Jose Orta<br>1005 Riverstone Dr.<br>Aurora IL 60502 | debtor's equity in vehicle | 1129-000 | 277.78 | | 4,996.79 |
| 05/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,996.83 |
| 06/07/11 | 11 | Jose Orta | debtor's equity in vehicle | 1129-000 | 277.78 | | 5,274.61 |
| 06/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,274.65 |
| 07/18/11 | 11 | Jose Orta<br>1005 Roverstone Dr<br>Aurora IL 60502 | debtor equity in vehicle | 1129-000 | 277.78 | | 5,552.43 |
| 07/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,552.47 |
| 08/08/11 | 11 | Jose Orta<br>1005 Riverstone Dr<br>Aurora IL 60502 | debtor's equity in vehicle | 1129-000 | 277.78 | | 5,830.25 |
| 08/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,830.30 |
| 09/02/11 | 11 | Jose Orta<br>1005 Riverstone Dr<br>Aurora IL 60502 | debtor's equity in vehicle | 1129-000 | 277.78 | | 6,108.08 |
| 09/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,108.13 |
| 10/04/11 | 11 | Jose Orta | debtors equity in vehicle | 1129-000 | 277.78 | | 6,385.91 |

Page Subtotals    2,272.57    0.00

Ver: 17.03a

Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-24741 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | ORTA, JOSE L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7899  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0024 | | | |
| For Period Ending: | 11/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1005 Riverstone Dr | | | | | |
| | | Aurora IL 60502 | | | | | |
| 10/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,385.96 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.02 | 6,377.94 |
| 11/12/11 | 11 | Jose Orta | debtor's equity in vehicle | 1129-000 | 277.78 | | 6,655.72 |
| | | 1005 Riverstone Dr | | | | | |
| | | Aurora IL 60502 | | | | | |
| 11/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,655.77 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.02 | 6,647.75 |
| 12/01/11 | 11 | Jose Orta | debtor's equity in vehicle | 1129-000 | 277.78 | | 6,925.53 |
| 12/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,925.59 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.47 | 6,917.12 |
| 01/05/12 | 11 | Jose and Ruth Orta | debtor's equity in vehicle | 1129-000 | 277.78 | | 7,194.90 |
| | | 1005 Riverstone Dr | | | | | |
| | | Aurora IL 60502 | | | | | |
| 01/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,194.96 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.31 | 7,185.65 |
| 02/23/12 | 11 | Jose Orta | debtor's equity in vehicle | 1129-000 | 277.78 | | 7,463.43 |
| 02/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,463.49 |
| 02/29/12 | 000103 | Intreational Sureties Ltd. | Trustee bond | 2300-000 | | 9.88 | 7,453.61 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.56 | 7,445.05 |
| 03/06/12 | 11 | Jose Orta | debtor's equity in vehicle | 1129-000 | 277.78 | | 7,722.83 |
| | | 1005 Riverstone Dr | | | | | |
| | | Aurora IL 60502 | | | | | |
| 03/30/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,722.89 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.41 | 7,713.48 |
| 04/07/12 | 11 | Jose Orta | debtor's equity in vehilce | 1129-000 | 277.78 | | 7,991.26 |
| | | 1005 Riverstone Dr | | | | | |
| | | Aurora IL 60502 | | | | | |

| | | | Page Subtotals | | 1,667.02 | 61.67 | |

Ver: 17.03a

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-24741  -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | ORTA, JOSE L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7899  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0024 | | |
| For Period Ending: | 11/12/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,991.33 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.02 | 7,981.31 |
| 05/04/12 | 11 | Jose Orta | debtor's interest in vehicle | 1129-000 | 277.78 | | 8,259.09 |
| 05/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,259.16 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.39 | 8,248.77 |
| 06/04/12 | 11 | Jose Orta | debtprs equity on vehicle | 1129-000 | 277.78 | | 8,526.55 |
| 06/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,526.62 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.07 | 8,516.55 |
| 07/02/12 | 11 | Jose Orta | debtor's equity in vehicle | 1129-000 | 277.78 | | 8,794.33 |
| 07/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,794.41 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.47 | 8,782.94 |
| 08/06/12 | 11 | Jose Orta | debtors equity in vehicle | 1129-000 | 277.78 | | 9,060.72 |
| 08/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,060.80 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.42 | 9,049.38 |
| 09/04/12 | 11 | Jose Orta | debtor's equity in vehicle | 1129-000 | 277.78 | | 9,327.16 |
| 09/14/12 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 9,327.19 |
| 09/14/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 4.90 | 9,322.29 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,322.29 | 0.00 |

|  | Page Subtotals | 1,389.30 | 9,380.56 |

Ver: 17.03a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   10

Exhibit 9

| Case No: | 09-24741  -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | ORTA, JOSE L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7899  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0024 | | | |
| For Period Ending: | 11/12/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| | COLUMN TOTALS | | 9,446.30 | 9,446.30 | 0.00 |
| | Less:  Bank Transfers/CD's | | 0.00 | 9,322.29 | |
| | Subtotal | | 9,446.30 | 124.01 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 9,446.30 | 124.01 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking - Non Interest - *******1210 | | 555.56 | 9,877.85 | 0.00 |
| Money Market - Interest Bearing - ********7899 | | 9,446.30 | 124.01 | 0.00 |
| | | ------------------------ | ------------------------ | ------------------------ |
| | | 10,001.86 | 10,001.86 | 0.00 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/    BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____   Date: 11/12/13

BRENDA PORTER HELMS, TRUSTEE

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*